IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

Juan Delgado-Rodriguez
Plaintiff

Vs.

Tina Walker, et al.,
Defendant's

DECLARATION OF
Juan Delgado-Rodriguez
Civil Action No. 2:26-cv-00412-CBB

Juan Delgado-Rodriguez hereby declares:

I been incarcerated at SCI-Fayette, P.A. since march, 2025, since December 31 2025, the Prison employees start a Campaign of Harassment against me violating my Constitutional Rights when I begin address grievance because of the clear negligent of the Prison Official when fail to use reasonable care where is Explain in detail in my Initial Complaint dated on march 9, 2026, which increase after I Sended to this Honorable Court.

Since February 10, 2026, I been housed in Block J, "R.H.U." Restrictive Housing Unit again after "P.R.C." Program Review Committee on January 7, 2026 in their harmful and Indifference send me to General Population After be on to advertiser in a statement made by me, one verbal and another handwritten on a DC-ADM-001. I am currently in cell J-C-1003, After being transfer from J-D-1008 a suicide watch cell with a Camera where Prison employees Defendants place me on march 10, 2026 to march 17, 2026, After the retaliation and deprived me of a basic Human needs and exposed to serious harm on march 10, 2026 and it is Explain in details in the supplemental complaint dated on April 6, 2026.

After made on march 18, 2026, a grievance to complaint the retaliation and and cruel and unusual Punishment from 3-10-26 on march 28, 2026, LT Wooldridge came to my cell in J-C-1003 to threat me and demanding to withdraw the grievance #1201027 where it is Exhibit N in the supplemental complaint.

On march 31, 2026, I send to Superintendant Walker a DC 135 A form Inmate request to advise of LT Wooldridge Conduct and threat. is on Record as Exhibit Q.

On April 6, 2026, I receive a DC-ADM-404, Initial Review Response from the grievance Exhibit N. Initial Review Response is Attached as Exhibit N1.

On April 10, 2026, I Appeal the grievance Exhibit N, because is not fair get my grievance denied from who threat me and demanding to withdraw the grievance

On April 10, 2026, I address a grievance to complaint the threat and demand of LT Wooldridge to withdraw. The grievance Cordinator MS. Burkholder rejected my grievance saying I address the dispute in other grievance when is not true. I never address the issue of LT Wooldridge in a official manner like a grievance. I send a request to Superintendant Walker to advise

CC1.

for those reasons herein I request to This Honorable Court to order to show Cause for a Preliminary injuction and a Temporary Restraining to the defendant Ms. walker who is the superintendant of SCI-fayette, P.A. and each of their officers, agents, employers, and all persons acting in concert or Particulate with them, from Retaliate me in any way or manner in deprive me from any Human needs and conditions include and Nc limited to my mail, legal material and Administrative Custody for my safety when I'm not in violation of any rule, Policies, regulation, law or Procedure.

I declare under Penalty of Perjury that the foregoing is true and correct and include the Exhibit's listed below:

EXH, N1. Initial Review Response, April 6, 2026.
EXH, N2. Inmate Appeal to facility manager, April 10, 2026. 2pgs
EXH, N3. facility Manager Appeal Response, April 17, 2026. 2 Pgs.
EXH, U, Program Review Committee Action, April 8, 2026.
EXH, U1. Inmate Abuse Allegation Monitoring Procedure manual. April 8, 2026
EXH, U2. Misconduct Report, April 10, 2026.
EXH, U3. Hearing Supplement, Inmate Version. April 10, 2026.
EXH, U4. Inmate request for Representation and witnesses. April 10, 2026
EXH, U5. Disciplinary Hearing Report, April 13, 2026
EXH, S. Inmate Request to Staff DC-135A, April 13, 2026
EXH, W- Inmate, Initial Review Response #1191979, feb, 12, 2026.
EXH, W1- Monthly Account statement from 02/01/2026 to 02/28/2026
EXH, X, grievance Rejection, 4-10-26 to 4-17-26, #1205811
EXH, X1, Second grievance Rejection, 4-20-26 to 4-21-26
EXH, Z, Copy of envelope mail Pg 1 of 10 from family, April 9, 2026
EXH, Z1, Handwritten copy of DC-ADM-804, Appeal to mail Room, April-23-2026

Executed at fayette, P.A. April 25, 2026.

Juan Delgado-Rodriguez
#QQ8467
SCI-fayette
50 Overlook Dr
La Belle, PA 15450

CC1.

Her about the conduct of this officer and to address the grievance in accordance with the DC-ADM-804 Grievance procedure to complaint the issue. But Ms. Burkholder conflict of interest dont let her be Impartial because his parent and family member work like a sergeant in SCI-fayette. A grievance Cordinator was suppose be arbitrator independent who make inpartial resolutions of any issues. but Not here where the nepotism is law and order. grievance Attached as Exhibit X.

On April 17, 2026, I receive the facility manager's Appeal Response, where they denied everything and state because I dont have evidence of what I say is not credible and the officer's versions are credible. I dont have access to the video recorded of J-D-1008 to present where this Honorable court can order to have like evidence to show im not lie and Im telling the truth and I sleep on the floor, table, and metal bed without mattress, sheets, or blankets for two(2) days where my body get numb from the condition of discomfort and Extreme cold. On April 20, 2026, I address another grievance to complaint the issue of LT wooldridge but was rejected again, is attached as Exhibit. X2.

On April 10, 2026, I was suppose be release to population even I told "P.R.C." again I Cannot go to general population because my life is in danger and request them again Protective Custody. Again they dont care what I say and state in the Report No Credible information was been Provided. Since January 7, 2026, I was Provide with a DC-ADM-801, Inmate Abuse Allegation monitoring Procedure manual form, like the handwritten copy Attached like Exhibit U1. they really dont care about what happen to me my only hopeful are in this Honorable Court for now my only option is refuse to go to general population for my safety. Document Attached as Exhibit U-U1-U2-U3-U4-U5.

On April 13, 2026, I made a Inmate Request to security to inform them again about the situation of my life threat in general population but they never answer or address the issue. the psychologist MJ clark told me to write them again, is Attached as Exhibit :

On April 22, 2026, The Prison continue again with the Harassment campaign and this time confiscated my incoming mail from my father and step-mother they alleged they confiscate the mail because a third person party are written from another institution. my father is a old man who live in Puerto Rico and it is disabled and is not in good health. my step-mother write for him to me and is truing to get a video visit with me but the jail are still denied Him make a video visit and He are suffering from not see me in one year He say in the letter. Is to much already what this Prison done to me I really need immediately Help from this Honorable Court. Appeal statement and front page of the mail attach as Exhibit Z-Z1. They confiscate page 7 to 10.

I am attached the Next Document Just to bring more Prove of the campaign of Harassment. On January, 2026, I made a grievance because they dont pay me the amount they suppose need to pay me from work in the kitchen. How you can see in the grievance response say while you didnt lose your Job, you also had no disciplion in pay. You were paid by dietary on 1/21/26 and will be paid around the same date in february. As you see my monthly statement I never been pay. Attached as Exhibit W-W1. They are in a continue retaliation than no matter what I do Im wrong for them.

CC1.